UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CASSIDY GRIGGS, individually and on behalf of all others similarly situated,<br><br>v.<br><br>IN DEMAND SERVICES, LLC d/b/a INDEMAND SERVICES, LLC | **Case No. 5:22-cv-0175-BO**<br>FLSA Collective Action<br>FED. R. CIV. P. 23 Class Action<br><br>Judge Terrence W. Boyle |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court has reviewed the Parties' Joint Stipulation of Dismissal, and this case and all claims asserted in this case are DISMISSED WITH PREJUDICE, each Party to bear its own costs.

11-7-22
Date

*Terrence Boyle*
Terrence W. Boyle
United States District Judge